THE PEOPLE OF THE STATE OF NEW YORK ex rel. LIONEL LOYE, Relator, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted January 7, 1946; decided January 17, 1946.

*Lionel Loye,* in person, for motion.

No one opposed.

Motion dismissed on the ground that this court has no jurisdiction to review any decision heretofore made in this case by the Appellate Division, since neither the order of November 13, 1945, nor the order of November 20, 1945, finally determined the proceeding.